THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAIN FORGET, Appellant.

Submitted June 6, 2016; decided June 23, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.